# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE WATTS, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>EMBASSY SUITES BY HILTON PHILADELPHIA AIRPORT, et al.<br><br>*Defendants.* | CIVIL ACTION<br>NO. 21-1307 |

## **ORDER**

AND NOW, this 15th day of July 2021, upon consideration of Plaintiff's Motion to Remand (ECF 7) and Defendants' Response (ECF 9) and consistent with the accompanying memorandum of law, it is **ORDERED** that Plaintiff's Motion to Remand (ECF 7) is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.
